| | |
|---|---|
| 1 | Ramin Mahdavi, Esq.  247178 |
| 2 | Jaffe & Asher LLP |
|   | [CA DFPI Debt Collector License No. 10177-99] |
| 3 | 26895 Aliso Creek Road, #B-779 |
| 4 | Aliso Viejo, CA 92656 |
|   | Telephone: (646) 313-2592 |
| 5 | Facsimile: (212) 687-9639 |
| 6 | Email: rmahdavi@jaffeandasher.com |

**FILED**
**CLERK, U.S. DISTRICT COURT**

JUN 14 2024

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___GK_____ DEPUTY

Attorneys for Petitioners Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holding LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC and MORGAN STANLEY SMITH BARNEY FA NOTES HOLDINGS LLC,<br><br>Petitioners,<br><br>v.<br><br>CATHERINE ROSE SWEENEY a/k/a CATHERINE R. SWEENEY a/k/a CATHERINE SWEENEY,<br><br>Respondent. | Case No. 2:14-cv-04135-AB-AJW<br><br>**[PROPOSED]** **RENEWAL OF DEFAULT JUDGMENT BY CLERK**<br><br>*Cal. Code Civ. Proc. §§ 683.110 - 683.220; Fed R. Civ. Proc. 69* |

On October 24, 2014, a default judgment was entered in favor of Petitioners / Judgment Creditors Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holdings LLC (collectively "Morgan Stanley") and against Respondent / Judgment Debtor Catherine Rose Sweeney a/k/a Catherine R. Sweeney a/k/a Catherine Sweeney ("Sweeney") in the amount of $152,946.74,

-2-

representing compensatory damages, pre-award interest, attorneys' fee pursuant to the promissory note and FINRA claim filing fees; and continuing interest on the amount of $119,183.72 at the rate of 10% per annum, which equals $32.65 per diem, from October 3, 2013 until paid in full.

NOW, upon application for renewal of default judgment by Morgan Stanley, and upon declaration showing that the judgment has not been vacated, reversed, or satisfied, the judgment against Sweeney is renewed in the amount of $279,804.74, plus continuing interest at $32.65 per diem.

| | | |
|---|---|---:|
| a. | Total Judgment: | $152,946.74 |
| b. | Costs after Judgment: | $502.50 |
| c. | Interest after Judgment: | $126,355.50 |
| d. | Subtotal (add a, b and c) | $279,804.74 |
| e. | Credits | $0.00 |
| f. | Total Amount of Renewal of Judgment: | $279,804.74 |

Dated: June 14, 2024

_____/s/_____, Deputy
Clerk, United States District Court